United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: August 31, 2021
Docket #: 21-1234mv
Short Title: de Lacour v. Colgate-Palmolive Co.

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 16-cv-8364
DC Court: SDNY (NEW YORK CITY)
DC Judge: Wood
DC Judge: Wang

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for leave to appeal, and motion to file reply in support of leave to appeal filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, September 14, 2021 at 10:00 a.m. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.